with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Stevens, JJ.

■ EUGENE J. BELL, Appellant, v. ROBERT C. SALKIND, Respondent, et al., Defendants.— Judgment and order unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Stevens, JJ.

■ DI-EX DIAMOND MANUFACTURERS, INC., Appellant, v. MICHAEL KRUCK-MAN, Doing Business as TIMES JEWELERS, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ RICHARD M. FIRESTONE, Appellant, v. ATWOOD A. KLINGER et al., Respondents.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin and Stevens, JJ.

■ PAULINE P. WIENER, Appellant, v. BROADWAY WAVERLY LAND CORPO-RATION, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ In the Matter of the Arbitration between JOSEPH SPAMPINATO, Respondent, and BEAUTY CULTURISTS UNION, LOCAL 1551A, AFL–CIO, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ AMERELAY, INC. v. DIRECTOMAT, INC.— Motion, having become academic by virtue of the decision of this court in Amerelay, Inc. v. Directomat, Inc. (7 A D 2d 388), is dismissed. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of MAURICE S. BIEN (Admitted as Morris Bien), an Attorney.— Motion for a stay denied, in view of the stay already granted and contained in the order to show cause, dated February 27, 1959, in the companion motion for a reargument of this proceeding. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of MAURICE S. BIEN (Admitted as Morris Bien), an Attorney.— Motion to reargue denied. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

## (March 25, 1959)

■ In the Matter of ESTHER R. STEINBERG, Respondent, against ROBERT C. WEAVER, as State Rent Administrator, Appellant.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 31, 1959, with notice of argument for the May 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

## (March 26, 1959)

■ In the Matter of the Estate of WILLIAM ISENSEE, Deceased. FRIEDA BRAUNIG, as Executrix of WILLIAM ISENSEE, Deceased, et al., Respondents; JOSEPH H. COHEN et al., Appellants.— Motion for leave to reargue denied